AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF    MASSACHUSETTS

| UNITED STATES OF AMERICA<br>V.<br><br>RAQUEL FORERO<br>333 BROADWAY, APT. 32<br>SOMERVILLE, MA 02145<br><br>(Name and Address of Defendant) | SUMMONS IN A CRIMINAL CASE<br><br>Case Number:   03-10380-PBS<br><br> |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>United States District Court<br>1 Courthouse Way<br>Boston, MA 02210 | Room<br>COURTROOM # 25, 7th FLOOR |
| --- | --- |
| | Date and Time<br>JANUARY 16, 2004 at 2:45 P.M. |
| Before:   MARIANNE B. BOWLER, U.S. MAGISTRATE JUDGE | |

To answer a(n)
X  Indictment     Information     ComplaintCom     Violation     Probation Violation Petition

Charging you with a violation of Title    18            United States Code, Section(s)   1001

Brief description of offense:

SEE ENCLOSED

**PLEASE NOTE: DEFENDANT MUST REPORT TO PRETRIAL SERVICES AT 11:00 A.M., JANUARY 16, 2004; PRETRIAL SERVICES IS LOCATED ON THE FIRST FLOOR OF THE COURTHOUSE**

_Marianne B. Bowler_ USMJ            _December 29, 2003_
Signature of Issuing Officer                      Date

MARIANNE B. BOWLER, Ch. U.S.M.J.
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me on:[1]   Date |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: _____

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on _____
           Date

_____
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.