# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    v.                                    CRIMINAL CASE NO. 03-10380-PBS

RAQUEL FORERO

## APPOINTMENT OF FEDERAL DEFENDER
## (MIRIAM CONRAD)

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is hereby ORDERED that the Federal Defender Office for the District of Massachusetts be appointed, effective as of **January 16, 2004** to represent said defendant in this cause until further order of the Court.

                                              By:    /s/
                                                    MARIANNE B. BOWLER
                                                    Chief United States Magistrate Judge

DATE: January 16, 2004