AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF    MASSACHUSETTS

UNITED STATES OF AMERICA
V.

**SUMMONS IN A CRIMINAL CASE**

RAQUEL FORERO
333 BROADWAY, APT. 32
SOMERVILLE, MA 02145

Case Number:    03-10380-PBS

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>United States District Court<br>1 Courthouse Way<br>Boston, MA 02210 | Room<br>**COURTROOM # 25, 7th FLOOR** |
|---|---|
| | Date and Time<br>**JANUARY 16, 2004 at 2:45 P.M.** |
| Before:    **MARIANNE B. BOWLER, U.S. MAGISTRATE JUDGE** | |

To answer a(n)
- X Indictment
- Information
- ComplaintCom
- Violation
- Probation Violation Petition

Charging you with a violation of Title    18    United States Code, Section(s)    1001

Brief description of offense:

SEE ENCLOSED

**PLEASE NOTE: DEFENDANT MUST REPORT TO PRETRIAL SERVICES AT 11:00 A.M., JANUARY 16, 2004; PRETRIAL SERVICES IS LOCATED ON THE FIRST FLOOR OF THE COURTHOUSE**

_Marianne B. Bowler /USMJ_
Signature of Issuing Officer

_December 29, 2003_
Date

MARIANNE B. BOWLER, Ch. U.S.M.J.
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

# RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me on:[1] | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: _____

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on _____
             Date

_____
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO.: 03CR 10380 PBS |
| ) | |
| v. ) | VIOLATIONS: |
| ) | |
| RAQUEL FORERO, ) | |
| ) | 18 U.S.C. § 1001 - Making False |
| ) | Statements to Federal Agency |
| Defendant. ) | |
| ) | |

## INDICTMENT

**COUNT ONE:**   (Title 18, United States Code, Section 1001 - Making False Statements to Federal Agency)

The Grand Jury charges:

On or about June 8, 2002, in the District of Massachusetts,

RAQUEL FORERO

the defendant herein, in a matter within the jurisdiction of the Executive Branch of the Government of the United States, did knowingly and willfully make materially false written statements and representations, to wit: in a typewritten letter to Michael Lahey, the Special Agent in Charge of the Internal Revenue Service, Criminal Investigation, she stated "my 1999 tax return delinquency is the only instance I have ever missed filing punctually, and that has since been paid off." Defendant RAQUEL FORERO knew that these statements and representations were false a at the time she made them.

All in violation of Title 18, United States Code, Section 1001.

**COUNT TWO:**    (Title 18, United States Code, Section 1001 - Making False Statements to Federal Agency)

The Grand Jury further charges:

On or about July 9, 2002, in the District of Massachusetts,

RAQUEL FORERO

the defendant herein, in a matter within the jurisdiction of the Executive Branch of the Government of the United States, did knowingly and willfully make materially false statements and representations, to wit: during an Oral Reply hearing before Joseph Galasso, the Special Agent in Charge of the Internal Revenue Service, Criminal Investigation, concerning whether she should be terminated as an employee of the Internal Revenue Service for failure to file her Federal Tax Return for tax year 1999, she made false material representations.

During this hearing, defendant RAQUEL FORERO did knowingly state as follows:

**TESTIMONY**

**[False Declarations are underlined]**

| | | |
|---|---|---|
| 9:4-6 | Galasso: | And just to clarify for me, so as of this date, you're paid up? You've filed your tax returns?" |
| 9:7 | FORERO: | <u>Yes. That's all fine.</u> |
| 9:8 | Galasso: | Okay. |
| 9:9-16 | FORERO: | <u>I always -- I always have filed.</u> You know, that's why I said it wasn't like consciously that I chose, okay, <u>I file every year</u>; this year I'm not going to file, you know, I'm not going to, you know, pay my taxes this year for no reason. No. It was – that was the furthest thing from my mind. My bills were the furthest thing from my mind. |

The underlined testimony of defendant RAQUEL FORERO, as set forth above, was false in that defendant RAQUEL FORERO had not filed her Federal Tax Returns, or paid her Federal

2

Taxes, for tax years 1997-1999 and had not paid her entire Federal Tax Liability for tax year 1999 when she made these declarations.

All in violation of Title 18, United States Code, Section 1001.

**COUNT THREE:** (Title 18, United States Code, Section 1001 - Making False Statements to Federal Agency)

The Grand Jury further charges:

On or about February 25, 2003, in the District of Massachusetts,

RAQUEL FORERO

the defendant herein, in a matter within the jurisdiction of the Executive Branch of the Government of the United States, did knowingly and willfully make materially false statements and representations, to wit: during a meeting with Special Agents of the Internal Revenue Service, Criminal Investigation, she represented that (1) she had always filed tax returns for all tax years, other than the 1999 tax year and (2) it was only the 1999 year tax return that she failed to file. Defendant RAQUEL FORERO knew that these statements and representations were false at the time she made them.

All in violation of Title 18, United States Code, Section 1001.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
B. STEPHANIE SIEGMANN
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; December 16, 2003 @ 2:31 PM

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK