UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                )
UNITED STATES OF AMERICA        )
                                )
        V.                      )    CRIMINAL NO. 03-10380-PBS
                                )
RAQUEL FORERO,                  )
                                )
        Defendant.              )
                                )
_____)
```

## ASSENTED TO MOTION TO EXCLUDE TIME

With the assent of the Defendant, the United States of America, by Assistant U.S. Attorney B. Stephanie Siegmann, respectfully moves this Court to exclude, in computing the time within which the trial of this matter shall commence under 18 U.S.C. § 3161(c)(1), the following periods:

1.    January 16, 2004 through February 12, 2004 (the twenty-eight day period from arraignment during which automatic discovery is being produced pursuant to Local Rule 112.2(2)); and

2.    March 5, 2004 through April 20, 2004 (delay requested by Defendant's counsel to review automatic discovery produced by the government and determine whether additional discovery requests are warranted).

Further, the government moves that this Court find that the ends of justice served by the granting the requested exclusion outweigh the best interest of the public and the defendant in a

speedy trial.  A proposed Order is attached hereto.


                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                         By:        _____
                                    B. Stephanie Siegmann
                                    Assistant U.S. Attorneys


Dated:    March 8, 2004



                        CERTIFICATE OF SERVICE

     I do hereby certify that a copy of foregoing motion and
proposed order was served upon the counsel listed below by hand
delivery/first class mail on this 8th day of March 2004:

                    Miriam Conrad, Esq.
                    Federal Public Defender Office
                    408 Atlantic Avenue
                    Boston, MA 02110

                    _____
                    B. Stephanie Siegmann
                    Assistant U.S. Attorney