

U.S. Department of Justice

United States Attorney
District of Massachusetts

*Main Reception: (617) 748-3100*

United States Courthouse, Suite 9200
1 Courthouse Way
Boston, Massachusetts 02210

April 12, 2004

Miriam Conrad, Esq.
Federal Public Defender Office
408 Atlantic Avenue
Boston, MA 02110

    Re:  United States v. Raquel Forero
          Criminal No. 03-10380-PBS

Dear Miriam:

    This letter responds to your discovery request dated April 2, 2004. On February 10, 2004, the Government produced all notes in its possession, custody, and control regarding the defendant's relevant oral statements identified in Sections A1b and A1d of the Government's Automatic Discovery Letter. For instance, documents bates labeled US0241-43 are notes regarding the Defendant's Oral Reply Hearing and documents bates labeled US0351-360 are the handwritten notes of Special Agents David Lum and William Cheung of the Defendant's interview on June 11, 2003. The notes of Rick Zizza, the IRS Revenue Officer, concerning his contacts with the Defendant, which were memorialized in electronic form, were produced as documents bates labeled US0070-US0080.

    If you have any questions regarding the Government's response, please feel free to contact me at (617) 748-3191.

                                    Sincerely,

                                    B. STEPHANIE SIEGMANN
                                    Assistant U.S. Attorney

cc:  Dianalynn Saccoccio, Clerk to Chief Magistrate Judge
     Marianne Bowler