UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V.            )<br>)<br>RAQUEL FORERO,            )<br>)<br>  Defendant.            )<br>) | CRIMINAL NO. 03-10380-PBS |

### ASSENTED TO MOTION TO EXCLUDE TIME

With the assent of the Defendant, the United States of America, by Assistant U.S. Attorney B. Stephanie Siegmann, respectfully moves this Court to exclude, in computing the time within which the trial of this matter shall commence under 18 U.S.C. § 3161(c)(1), the following period:

> April 20, 2004 through May 28, 2004 (continuance requested by the Defendant and the Government to engage in negotiations in an attempt to resolve this matter).

Further, the government moves pursuant to 18 U.S.C. § 3161(8)(A) that this Court find that the ends of justice served by the granting of the requested exclusion outweigh the best interest of the public and the defendant in a speedy trial. A proposed Order is attached hereto.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ B. Stephanie Siegmann
B. Stephanie Siegmann
Assistant U.S. Attorney

Dated:   April 20, 2004

CERTIFICATE OF SERVICE

I do hereby certify that a copy of foregoing motion and proposed order was served upon the counsel listed below by (hand delivery)/~~first class mail~~ on this 20th day of April 2004:

Miriam Conrad, Esq.
Federal Public Defender Office
408 Atlantic Avenue
Boston, MA 02110

_____
B. Stephanie Siegmann
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V. )  CRIMINAL NO. 03-10380-PBS<br>)<br>RAQUEL FORERO, )<br>)<br>Defendant. )<br>) | |

### ORDER ON EXCLUDABLE DELAY

This Court hereby ORDERS the following period of time excludable from the time period within which the trial in this matter must commence pursuant to 18 U.S.C. § 3161(c)(1):

> April 20, 2004 through May 28, 2004 (continuance requested by the Defendant and Government to engage negotiations in an attempt to resolve this matter).

In so doing, this Court finds that the ends of justice served by the granting of the requested exclusion outweigh the best interest of the public and the defendant in a speedy trial.

So Ordered.

Dated: _____

_____
Marianne B. Bowler
Chief United States Magistrate Judge