```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
_____
                              )
UNITED STATES OF AMERICA      )
                              )
         V.                   )  CRIMINAL NO. 03-10380-PBS
                              )
RAQUEL FORERO,                )
                              )
     Defendant.               )
_____)
```

## ASSENTED-TO MOTION FOR REFERRAL TO
## DISTRICT COURT FOR RULE 11 HEARING

With the assent of the Defendant, the United States of America, by Assistant U.S. Attorney B. Stephanie Siegmann, respectfully moves this Court to refer this case to the District Court for a hearing pursuant to Rule 11 of the Federal Rules of Criminal Procedure. Moreover, the parties are in agreement that the following periods of time have been excluded for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(c)(1): January 16, 2004 through February 12, 2004; March 5, 2004 through April 20, 2004; and April 20, 2004 through May 28, 2004.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                                 By:   /s/ B. Stephanie Siegmann
                                          B. Stephanie Siegmann
                                          Assistant U.S. Attorney

Dated:    May 28, 2004

CERTIFICATE OF SERVICE

_____I do hereby certify that a copy of foregoing motion was served upon the counsel listed below by electronic notice on this 28th day of May 2004:

>Miriam Conrad, Esq.
>Federal Public Defender Office
>408 Atlantic Avenue
>Boston, MA 02110


>/s/ B. Stephanie Siegmann
>B. Stephanie Siegmann
>Assistant U.S. Attorney