IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO.: 03-10380-PBS |
| ) | |
| v. ) | VIOLATIONS: |
| ) | |
| RAQUEL FORERO, ) | 26 U.S.C. § 7203 - Willful Failure |
| ) | to File Tax Return |
| Defendant. ) | |

## INFORMATION

**COUNT ONE:** (Title 26, United States Code, Section 7203 - Willful Failure to File Tax Return)

The United States Attorney charges:

From on or about April 16, 1998 continuing until on or about April 2003, in the District of Massachusetts,

RAQUEL FORERO

the defendant herein, a person who was required to file federal tax returns, did knowingly and willfully fail to file a tax return (IRS Form 1040) for tax years 1997-1999 with the Internal Revenue Service by the due dates established by law, to wit: April 15th of the subsequent year (for 1997, April 15, 1998; for 1998, April 15, 1999; and for 1999, April 17, 2000).

All in violation of Title 26, United States Code, Section 7203.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ B. Stephanie Siegmann
B. Stephanie Siegmann
Assistant U.S. Attorney