UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA       )
                               )
       V.                      ) CRIMINAL NO. 03-10380-PBS
                               )
RAQUEL FORERO,                 )
     Defendant.                )
_____)
```

**JOINT MOTION TO CONTINUE SENTENCING**

The United States Attorney and defendant, Raquel Forero, hereby move that this Court continue the sentencing hearing now scheduled for June 30 until a date approximately three months from now, in order to permit a Presentence Report to be prepared.

As grounds for this motion, the parties state that they are unable to file a joint sentencing memorandum providing the court with an agreed-upon guideline range, without first having a Presentence Report prepared.

```
MICHAEL J. SULLIVAN              RAQUEL FORERO
United States Attorney           By her attorney:
By:

/s/B. Stephanie Siegmann         /s/Miriam Conrad
_____          _____
B. STEPHANIE SIEGMANN            MIRIAM CONRAD
Assistant U.S. Attorney           B.B.O. # 550223
                                 Federal Defender Office
                                 408 Atlantic Ave, 3rd Floor
                                 Boston, MA 02110
                                 Tel: 617-223-8061
```

1