UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____ )

UNITED STATES OF AMERICA )
)
v. ) CRIMINAL NO. 03-10380-PBS
)
RAQUEL FORERO )

### ASSENTED-TO MOTION TO FURTHER CONTINUE SENTENCING

Defendant, Raquel Forero, hereby moves that this Court continue the sentencing hearing now scheduled for September 15 until a date approximately two weeks from now, in order to permit the parties to determine whether to amend the plea agreement in light of the Presentence Report and in light of the Supreme Court's decision in Blakely v. Washington, 124 S.Ct. 2531 (2004).

Assistant U.S. Attorney Stephen B. Huggard and U.S. Probation Officer Lisa Dube have stated that they assent to this motion.

RAQUEL FORERO
By her attorney:

/s/Miriam Conrad

MIRIAM CONRAD
 B.B.O. # 550223
Federal Defender Office
408 Atlantic Ave, 3rd Floor
Boston, MA 02110
Tel: 617-223-8061