UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 03-10380-PBS |
| ) | |
| RAQUEL FORERO ) | |

<u>MOTION FOR RETURN OF PASSPORT</u>

    Defendant, Raquel Forero, hereby moves that this court order her passport to be returned to her, now that her case is over.

                                  RAQUEL FORERO
                                  By her attorney,

                                  /s/ Miriam Conrad

                                  Miriam Conrad
                                      B.B.O. # 550223
                                  Federal Defender Office
                                  408 Atlantic Ave., 3rd Floor
                                  Boston, MA  02110
                                  Tel: 617-223-8061