

# MEMORANDUM

To:       The Honorable Patti B. Saris, U.S. District Judge

From:     Lisa M. Paiva, U.S. Probation Officer

Re:       **FORERO, Raquel**
          **Dkt. No. 03CR10380 - 001**
          **FINE PAYMENT SCHEDULE**

Date:     November 29, 2004

This memorandum serves as notification of a fine/restitution payment schedule agreed upon by the Probation Department in accordance with the Administrative Office Monograph 114.

It is the responsibility of the supervising probation officer to notify the Court of an any agreed upon payment schedule or any change in the payments, thus making a reasonable payment schedule set by the Court. The schedule is based upon the defendant's ability to pay at the time it is formulated.

After a recent review of Ms. Forero's current financial status, the following payment schedule has been determined:

> The above-supervisee has agreed to pay her court-ordered fine of $1,000.00 in monthly installments of **$192.00** and is scheduled to began making these payments in December 2004.

The U.S. Probation Department will continue to monitor Ms. Forero's compliance with the payment schedule and will notify Your Honor of any changes in the her ability to pay the above agreed upon amount.

If Your Honor concurs with this payment schedule, please advise by signing below.

Reviewed & Approved by:

_____
Julius Britto, Supervising
U.S. Probation Officer

Payment Schedule Is Approved:

_____                    Date __12/4/04__
Honorable Patti B. Saris
U.S. District Court Judge